# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
#### FEDERICO DEGETAU FEDERAL BLDG - RM 150
#### CARLOS CHARDON AVE.
#### HATO REY, PUERTO RICO 00918-1767

FILED
CLERKS OFFICE

2005 FEB 22 P 3: 15

DISTRICT OF COURT
DISTRICT OF MASS.

Date:  February 17, 2005

Robert J. Smith
Clerk, United States District Court
District of Massachusetts
One Courthouse Way
Boston MA 02210-3002

Re:  United States of America   v.

Richard Collado

Your Case No: 03-10404-NG

Our Magistrate's Case No.  05-057 M

Dear Sir:

I am enclosing Magistrate's record of proceedings and a certified copy of the docket

entries in above case pertaining to your district, filed in this office on February 15, 2005

Please acknowledge receipt in the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of the Court

By:  Carlos J. Rodríguez
Deputy Clerk

Enclosure

CLOSED

# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:05-mj-00057-GAG-ALL
# Internal Use Only

Case title: USA v. Collado

Date Filed: 02/15/2005

Assigned to: US Magistrate
Judge Gustavo A. Gelpi

**Defendant**

**Richard Collado** (1)

represented by **Joseph C. Laws**
Federal Public Defender's Office

Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
787-281-4927
Fax: 787-281-4899
Email: joseph_laws@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public
Defender*

**Pending Counts**

None

**Disposition**

**Highest Offense Level
(Opening)**

None

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                 **Disposition**

None

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Plaintiff**

USA                          represented by  **Francisco A. Ojeda-Diez**
                                             United States Attorney's Office
                                             350 Carlos Chardon St.
                                             Suite 1201
                                             San Juan, PR 00918
                                             787-282-1931
                                             Fax: 787-771-4050
                                             Email:
                                             francisco.ojeda@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Retained*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/15/2005 | ●1 | Rule 5 Documents Received as to Richard Collado (cr, ) (Entered: 02/16/2005) |
| 02/15/2005 | ●2 | Minute Entry for proceedings held before Magistrate Judge Gustavo A. Gelpi :Initial Appearance as to Richard Collado held on 2/15/2005. Removal and Bail Hearing set for 2/15/2005 05:00 PM in GAG's Courtroom before US Magistrate Judge Gustavo A. |

| | | |
|---|---|---|
| | | Gelpi. (Court Reporter none.) (cr, ) (Entered: 02/16/2005) |
| 02/15/2005 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Richard Collado Joseph C. Laws for Richard Collado appointed. . Signed by Clerk on 2/15/05. (cr, ) (Entered: 02/16/2005) |
| 02/15/2005 | 7 | ORDER OF DETENTION PENDING TRIAL as to Richard Collado . Signed by Magistrate Judge Gustavo A. Gelpi on 2/15/05. (cr, ) Additional attachment(s) added on 2/16/2005 (cr, ). (Entered: 02/16/2005) |
| 02/15/2005 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Richard Collado. Defendant committed to District of Massachusetts. . Signed by Magistrate Judge Gustavo A. Gelpi on 2/15/05. (cr, ) (Entered: 02/16/2005) |
| 02/15/2005 | | ***Case Terminated as to Richard Collado (cr, ) (Entered: 02/16/2005) |
| 02/16/2005 | 4 | Minute Entry for proceedings held before Magistrate Judge Gustavo A. Gelpi :Removal and Bail Hearing as to Richard Collado held on 2/15/2005. (Court Reporter FTR.) (Attachments: # 1 Exhibit # 2 Exhibit # 3) (cr, ) (Entered: 02/16/2005) |

I hereby certify that the above & exact copy of the document ... approved electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: _____
Deputy Clerk
Date: 2/17/05

✎ AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

v.

_Richard Collado_

Defendant

**ORDER OF DETENTION PENDING TRIAL**

Case Number: _C5-057M_

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____ .*
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☐ (1) There is probable cause to believe that the defendant has committed an offense
  - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____ .
  - ☐ under 18 U.S.C. § 924(c).
- ☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☒ (1) There is a serious risk that the defendant will not appear.
- ☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☒ clear and convincing evidence ☒ a preponderance of the evidence that

_The defendant has not rebutted the presumptions in the Bail Reform Act Triggered by the indictment._

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

_2/18/05_
Date

_V.S.M.J_
Signature of Judge

Gustavo A. Gelpí, U.S. Magistrate Judge
Name and Title of Judge

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 94 (Rev. 8/85)  Commitment to Another District

# United States District Court

_____ Judicial _____ **DISTRICT OF** _____ Puerto Rico _____

UNITED STATES OF AMERICA

V.

Richard Collado

## COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 05-052M

The defendant is charged with a violation of ____ 21 ____ U.S.C. ____ 846 ____ alleged to have been com-
mitted in the _____ Judicial _____ District of _____ Massachusetts _____

Brief Description of Charge(s):

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO:  THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that de-
fendant with a certified copy of this commitment forthwith to the district of offense as specified above and
there deliver the defendant to the United States Marshal for that District or to some other officer authorized
to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_____ 2/15/05 _____

Date

_____ U.S.M.J. _____

Judicial Officer

| RETURN |||
|---|---|---|
| This commitment was received and executed as follows: |||
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

**U.S. Department of Justice**
United States Marshals Service

# DRAFT



---

## REPORT OF INVESTIGATION
Page 1 of 1

| 1. FID: 953590 | 2. DATE OF REPORT: 02/10/2005 | 3. REPORTED BY: KIMBALL,SCOTT |
|---|---|---|
| 4. SUBJECT NAME: COLLADO,RICHARD | | AT: MA |

5. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION
[x] COLLATERAL LEAD (RID L05038-00012)
[ ] WITNESS INTERVIEW
[ ] OTHER

[ ] ARREST
[ ] INTELLIGENCE UPDATE
[ ] MEMORANDUM TO FILE

**GOVERNMENT EXHIBIT**
/
*05-057M*

---

Request Type: D - ROUTINE - 10 working days
Response Required By: 02/28/2005

Req your assistance in locating federal fugitive Richard COLLADO.

On 102904 a federal warrant was issued based upon a DEA indictment, charging COLLADO with Consp. & PWID cocaine & marijuana (5+ kilos of cocaine/100+ kilos of marijuana).

COLLADO was previously residing in MA (April 04) with his wife, Sonia Rosa Collado (DOB 032855/SSN 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). Ongoing investigation has revealed that the COLLADO's have a pending civil suit case brought against their previous apartment complex. In a deposition last Summer (he appeared in person and still had his pony-tail) COLLADO stated his mother passed away and he inherited a small restaurant in PR named the Rainbow Bridge Cafe in Ceiba, which he plans to run.

On 012705 a document was faxed from COLLADO bearing the header "Mini Mart" (787) 885-3466. This is a Ceiba exchange.

On 020105 a document was received bearing COLLADO's address: BOQDA CO-15-6211 Seca Ceiba PR 00735.
(BOQDA possibly Barrio Quebrada?)

Photo of COLLADO and identifiers are loaded into JDIS. Color photo of Sonia will be forwarded via e-mail and warrant will be faxed once assigned.

DUSM Scott Kimball Wk (617) 748-2563 Cp (617) 593-1043.

SSN - 5x4-92-4654

"DIAZ"

Fake 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

---

| 6. SIGNATURE (*Name and Title*) | 7. DATE 02/10/2005 10:14 AM EST | 10. DISTRIBUTION __DISTRICT __HEADQUARTERS __OTHER_____ |
|---|---|---|
| SCOTT KIMBALL Criminal Investigator | | |
| 8. APPROVED (*Name and Title*) | 9. DATE | |

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*



GOVERNMENT
EXHIBIT
2
05-057M

# Sistema de Vehiculos de Motor
## D A V I D
### INFORMACION de REGISTRO de VEHICULOS y CONDUCTOR

———————————————————— FEBRUARY 14, 2005  09:38 AM ——— ————

**Informacion del Vehiculo:**
NT: EKP924      Marbete 4230928   NR: 6412478   V I N  : IG6DW5473MR700104
Descripcion. 1991 cadillac brougham negro        Fec.Reg  : 20041005
Financiera :          Num.Cont: 000000000        Fec.Ult.Renovacion:
Gravamenes :

**Informacion del Conductor:**
Nombre  : COLLAZO DIAZ, RICHARD
Licencia:                Tipo:                Fec.Expiracion:
Direccion Res: BO QDA SECA                    Fec.Ult.Trans : 20041005
              CALLE6                          Seguro Social : 584924654
              CEIBA, PR 00735                 Fec.Nacimiento: 19570915
Direccion Post:                               Sexo:   Peso:    Estatura:
                                              Tez :            Pelo:
                                              Ojos:

**Resumen:**
Num Tabliilas: 00001  Boletos Sin Pagar: 000   Puntos:
Suspenciones :        Fec.Lic.Supendida:





*Massachusetts*  **Driver's License**

**09-15-57**   09-15-03  **M**   5'11"   **D**   **584924654**
Date of Birth   Expires   Sex   Height   Class   Number

**COLLADO**
**RICHARD**
**54 PHELPS RD**
**FRAMINGHAM, MA**
**01702-6038**



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                     Start : 5:00 p.m.
                                           End : 5:13 p.m.
HONORABLE GUSTAVO A. GELPI, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ          DATE: 2/15/05

COURT REPORTER: FTR                       CASE  NO: 05-057 M

PTS : ANGEL MEAUX

=====================================================================
UNITED STATES OF AMERICA          AUSA- FRANCISCO OJEDA

Plaintiff

vs.

RICHARD COLLADO                   AFPD- VICTOR J. GONZALEZ

Defendant
=====================================================================

CASE CALLED FOR REMOVAL AND DETENTION HEARING. Testimony of Task

Force Agent Miguel Montalvo-Vargas heard on behalf of the government. Argument by

both parties heard. Magistrate Gelpí informed the defendant that he will be detained until

removed by the U. S. Marshals to the District of Massachusetts. **The Court orders the**

**U.S. Marshals, in any matter possible, to expedite this defendant's transfer.** Bail

application to be made before the United States Magistrate there. Magistrate Gelpí ordered

that the defendant be removed to the other District.

Commitment to another district  issued.


                                       S/ Carlos J. Rodriguez
                                       Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

United States of America

Plaintiff

CR. NO. _05-057 M_

v.

1- Richard Collado

Defendant

### ORDER

Because the above named defendant has testified under oath or has otherwise satisfied

this Court that

       (1)   is financially unable to employ counsel,

       (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to

represent the defendant in this case until the same is terminated or a substitute attorney is

appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on ____February 15, 2005_____

                    FRANCES RIOS DE MORAN
                    Clerk of the Court

                    By: _S/ Carlos J. Rodríguez_
                       Carlos J. Rodríguez
                       Deputy Clerk



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Start: 4:55 p.m.
End: 5:00 p.m.
DATE: _February 15, 2005_

MINUTES OF PROCEEDINGS

BEFORE HONORABLE GUSTAVO A. GELPI, U. S. MAGISTRATE JUDGE

| | |
|---|---|
| United States of America | CASE NO. 05-057M |
| Plaintiff | COURTROOM DEPUTY: _Carlos J. Rodríguez_ |
| v. | COURT INTERPRETER:<br>Attorneys:<br>For Plaintiff: _AUSA- Francisco Ojeda, Esq._ |
| 1-Richard Collado | |
| Defendant (s) | PTS: _Angel Meaux_ |
| | INT. _____ |
| | For Defendant(s) : _AFPD- Victor González, Esq._ |
| | Arrest Date:_____2/15/05_____ |

___X___ Initial appearance held.

___X___ Defendant(s) **was** interviewed by Pretrial Services Officer.

___X___ Defendant(s) was/were advised of the charges, rights, and given a copy of

_____Complaint _____ Indictment _____ Information ___X___ Other

___X___Removal hearing is set for **February 15, 2005 at 5:00 p.m.**_____

_____Preliminary hearing is set for_____

_____Detention hearing is set for_____

___X___Bail hearing is set for ____**February 15, 2005 at 5:00 p.m.**_____

_____Arraignment set for _____

_____Foster hearing set for _____

___X___Defendant(s) is/are committed.

_____Arraignment hearing set before Magistrate Judge _____Camille Velez-Rive _____Gustavo A. Gelpí

_____ Arraignment hearing set before _____ Justo Arenas _____ Aida M. Delgado-Colon

___X___Government's request is ____Detention without bail_____

___X___Defendant(s) will be represented by ___X___ Federal Public Defender _____Retained counsel

_____Defendant(s) will be represented by Court appointed counsel.

_____Defendant(s) left on his/her/their own recognizance.

_____Bond set at_____

Note : Pretrial Officer Angel Meaux informed the Court that this case has been unsealed at the District of Massachusetts.

S/ Carlos J. Rodríguez
Deputy Clerk

