May 25, 2005

Thomas Quinn
Clerk's Office
One Courthouse Way
Boston, MA 02210

Re:   U.S. v. Collado

Dear Tom:

     Please be advised that I am on trial in Commonwealth v. Robinson in Suffolk Superior Court.  This is a first degree murder case that I have been trying since last Monday.  I expect that the case will not be finished before the status conference scheduled for tomorrow.

     I am available for a status hearing during the week of June 26th and I will waive all speedy trial rights between the two dates.   If you have any questions, I can be reached on my cell phone: 617-571-3403.

                                  Sincerely,


                                  /s/James Budreau