UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )    Crim. No. 03-10404-NG
                                )
RICHARD COLLADO                 )

### EX-PARTE MOTION FOR INVESTIGATOR FUNDS

Now Comes defendant, Richard Collado, who respectfully moves this Court Emmanuel Lee, to grant him funds to hire an investigator in the amount of $5000.00.  Mr. Collado is charged with in a conspiracy alleged to have distributed over 100 kilos of cocaine in a multi state area.  Counsel needs an investigator to interview witnesses, search for documents and investigate the backgrounds of government cooperators.  This is defendant's first request for funds and his attorney was appointed under the Criminal Justice Act.

Wherefore, defendant moves this Court to provide him with $5000.00 without prejudice so that he can hire an investigator.

Submitted By
Richard Collado's Attorney

James Budreau /S/
James Budreau, Bar# 559931
20 Park Plaza Suite 905
Boston, MA 02116
(617)227-3700

AFFIDAVIT OF COUNSEL

I, James Budreau, do state that the following is true to the best of my knowledge:

1.  I was appointed as counsel for Richard Collado in March of 2005.

2.  Counsel expects to go to trial in this case and there are witnesses in various states that need to be interviewed.

3.  There are also a number of cooperating witnesses whose backgrounds need to be checked.

4.  Counsel also needs to locate numerous documents as part of their defense in this case.

5.  Mr. Collado needs to spend time with the investigator. As he is housed in Walpole, the travel time must also be calculated into the cost.

6.  As my investigator charges $65.00 and hour for his services, $5000 will pay for approximately 75 hours of his time.


Signed under pains and penalties of perjury,


James Budreau /S/
JAMES BUDREAU