UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
     v.                  )  Crim. No. 03-10404-NG
                         )
RICHARD COLLADO          )

**EX-PARTE MOTION FOR COPYING FUNDS**

Now Comes defendant, Richard Collado, who respectfully moves this Court to reimburse counsel for copying expenses already paid. In support of this request, defendant states the following:

1. During the last status conference, counsel informed the Court that the Marshal's had failed to transfer Mr. Collado's discovery which had previously been provided by counsel.

2. Consequently, counsel has had to recopy all the discovery for Mr. Collado. The cost was $214.94 and a receipt is attached as Exhibit A.

3. Additionally, counsel received copies of discovery from Stern and Shapiro, the law firm where many records have been centralized. The cost of these copies was $118.23 and a receipt and check are attached as Exhibit B.

Wherefore, defendant moves this Court to grant defendant's motion to reimburse counsel, James Budreau, for copying costs in the amount of $333.17.

                                    Submitted By
                                    Richard Collado's Attorney

<pre>
James Budreau /S/
James Budreau, Bar# 559931
20 Park Plaza Suite 905
Boston, MA 02116
(617)227-3700
</pre>

AFFIDAVIT OF COUNSEL

I, James Budreau, do state that the following is true to the best of my knowledge:

1. I was appointed as counsel for Richard Collado in March of 2005.

2. The facts contained in the above motion are true and accurate to the best of my knowledge.

Signed under pains and penalties of perjury,

James Budreau /S/
JAMES BUDREAU

# INVOICE

**Printing Plus**
PRINTING • COPYING • BINDING
31 St. James Avenue
Boston, MA 02116
(617)451-1437   Fax:(617)451-6140

Callado

DATE: 07.05.05
INVOICE NUMBER: 2459

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2047 | copies | .10 | 204.70 |

RECEIVED BY: [signature]

PLEASE PAY FROM THIS INVOICE

CUSTOMER: James Budreau

SUB TOTAL: 204.70
TAX: 10.24
TOTAL: 214.94





| | 74 Canal Street<br>Boston, MA 02114<br>tel: (617) 742-9585  (888) 293-9714<br>fax: (617) 742-9584<br>e-mail: us541@alphagraphics.com<br>www.boston541.alphagraphics.com | | **INVOICE** |
|---|---|---|---|
| | | No. | **10283** |
| | | Date | 6/14/05 |
| **SOLD TO** | Lillian Hirales<br>Stern Shapiro Weissberg & Garin LLP<br>90 Canal Street<br>Boston MA  02114-2022<br>Phone: 617-742-5800 x 116<br>Fax: 617-742-5858 | Customer P.O. No. | Michael Griffin |

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Thank You for Choosing AlphaGraphics** | |
| 1 | Michael Griffin B+W - 6 folders, w/slip sheets, 8.5 x 11 White 20# Bond  Votocopy, 1126 originals, digitally printed on 1 side | 112.60 |

*[Image of check from Law Offices of James H. Budreau, 20 Park Plaza - Suite 905, Boston, MA 02116, check #4102, dated 7/1/05, pay to Alpha Graphics, $118.23, One Hundred Eighteen 23/100, Sovereign Bank, memo: In Colladay/copying Diaries]*

| SHIPPING/RUSH<br>Sales Rep: 541<br>Taken by: Tracy<br>Account Type: Charge | Ship via:<br>Wanted: Tue 6/14 5:00 PM<br>Michael Griffin - Legal Copies | | 112.60 |
|---|---|---|---|
| | | TAX | 5.63 |
| | | SHIPPING | |
| | | TOTAL | 118.23 |
| | | NET DUE | |

**PLEASE PAY FROM THIS INVOICE - NET 30 DAYS**

"I understand that the charge for this job is due and payable upon completion and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the cost of collection including attorney's fees and costs incurred."

☐ Cash   ☐ Check # _____   ☐ Credit Card
☐ **Charge to Account**
CSR Initials _____   Amount Received $ _____

**Remit payments to:**

**AlphaGraphics, 74 Canal St., Boston, MA 02114**

JOB RECEIVED & ACCEPTED BY _____

PLEASE PRINT NAME _____

FAXED_____   MAILED _____   HD_____

DATE _____

INVOICE