UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     Crim. No. 03-10404-NG
                                  )
RICHARD COLLADO                   )

**DEFENDANT'S MOTION FOR RELEASE FROM DETENTION**

Now Comes defendant, Richard Collado, who respectfully moves this Court to release him from detention in the above referenced case pursuant to Title 18 U.S.C. sec. 3142(f).  As grounds for this request, defendant states the following:

1.  Beyond the allegations in this case, there is no evidence that Mr. Collado is a danger to the community.  He has no criminal history and there are no allegations of violence in the case at bar.  Consequently, there are conditions of release, as described below, which would ensure that Mr. Collado would not present a danger to the community if released.

2.  Mr. Collado is not a significant risk of flight and the conditions outlined below would ensure that he will appear at every proceeding required.  Mr. Collado has roots in the community in Puerto Rico as he and his wife both have lived and worked there for the last four years.  Mr. Collado is originally from Massachusetts and spent fourteen years in Massachusetts before relocating to Puerto Rico in 2001/2002 after his mother died.  He relocated to Puerto Rico with his wife and moved into his mother's home at that time.

3.  Additionally, Mr. Collado would recommend that he post bond in the amount of one hundred thousand ($100,000) dollars half of which will be unsecured.  Fifty-thousand ($50,000) dollars of this bond will be secured by Richard Collado's half interest in the home identified herein and in the bail documents.[1]  While the house has not yet been transferred into his name, Mr. Collado and his brother are the sole heirs to his mother's estate which is primarily composed of this asset. Therefore, Mr. Collado recommends that he: (1) execute a forfeiture and assignment of interest agreement; (2) agree not to encumber the property and (3) seek court approval of any sale or transfer in advance so that the proceeds from his portion of any future sale can be placed in Escrow and used to secure the bond. See Index to Bail Documents filed under separate cover and attached by reference as Addendum 1.

4.  Finally, Mr. Collado would recommend the following as conditions of release: (1) turning in his passport if any; (2) living at Barrio Qda Seca, Cl-15 6211, Ceiba, Puerto, Rico; (3) abiding by a curfew from 10:00 p.m. to 5:00 a.m., where he could not leave the house or the coffee shop located in the same building during that time; and (4) abiding by the traditional statutory conditions of release.

---

[1] Mr. Collado's wife believes that the property is worth approximately $100,000, which means that Mr. Collado's half interest would be worth approximately $50,000.  Obviously, there is no intent to assign Mr. Collado's brother's interest in this property.

5.  The U.S. Attorney's Office has agreed to these recommended terms of release.

Wherefore, defendant moves this Court to grant defendant's release from detention based upon the above recommended conditions.

                    Submitted By
                    Richard Collado's Attorney


                    James Budreau /S/
                    James Budreau, Bar# 559931
                    20 Park Plaza Suite 905
                    Boston, MA 02116
                    (617)227-3700

AFFIDAVIT OF COUNSEL


I, James Budreau, do state that the following is true to the best of my knowledge:

1.  I was appointed as counsel for Richard Collado in March of 2005.

2.  The facts contained in the above motion are true and accurate to the best of my knowledge.


Signed under pains and penalties of perjury,


James Budreau /S/
JAMES BUDREAU

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
        v.                        )     Crim. No. 03-10404-NG
                                  )
RICHARD COLLADO                   )

**INDEX TO BAIL DOCUMENTS**

A     Escrow Agreement

B     Deed

C     Estimated Value of Property

D     Certificate of Title

E     Agreement to Forfeit Property



## ESCROW AGREEMENT

ESCROW AGREEMENT, entered into this _____day of August, 2005, among Richard Collado and Michael Sullivan his official capacity as United States Attorney (hereinafter referred to as the "United States Attorney"), and Sarah Thornton, in her official capacity as Clerk of the United States District Court (hereinafter referred to as the "Escrow Agent").

WHEREAS, Richard Collado is desirous of effecting his release (hereinafter referred to as the "defendant" or "Richard Collado") in the criminal action <u>United States v. Richard Collado</u>, Crim. No. 03CR10404-NG, pursuant to the conditions of release imposed by the United States District Court for the District of Massachusetts, Honorable Judith Dein, United States District Court Judge (the "Court"), by order dated _____ of August, 2005(hereinafter referred to as the "Bail Order").

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein and in the Agreement to Forfeit and Assign interest in said property executed by the defendant, the terms and conditions of which are incorporated herein by reference, the parties hereto agree as follows:

1.    Richard Collado shall execute an agreement to assign and forfeit any interest, present or future, that he has or will have in the property located at Barrio Qda Seca, Cl-15 6211, Ceiba, Puerto Rico, ("the Real Estate")(Deed/Title Run attached as Exhibit A), in favor of the United States of America and deliver same to the Escrow Agent to be held in Escrow pursuant to the terms of this Agreement (see Certificate of Title from Attorney Montanez Feliciano attached as Exhibit B); and deliver to the United States Attorney a satisfactory certificate of title with respect to the Real Estate certifying a clear, marketable title through the time of the filing of record of the Agreement to Forfeit and Assign being executed contemporaneously herewith. See Exhibit A.

2.    Richard Collado further agrees to execute any additional documents and take any action necessary to effectuate the transfer of his interest in the Real Estate and facilitate the sale of such property in the event that the defendant shall violate any one or more of the conditions of release ordered by the Court.

3.    The Escrow Agent shall hold the Agreement in escrow under the following terms and conditions:

A.    In the event that a judicial officer of the United States finds that the defendant has failed to appear as required

in the criminal case presently numbered Crim No. 03-10404-NG or that the defendant has otherwise violated any one or more of the conditions of release ordered by the court and contained in the order attached hereto, then the Escrow Agent shall tender the Agreement to Forfeit and Assign to the United States Attorney who, if so ordered by the Court, shall cause the same to be immediately recorded.  Richard Collado hereby expressly states that he has read the appended order, understands the content of the conditions, and further understands that upon a judicial finding of a violation of any condition by the defendant the Court has the power to immediately order that Richard Collado's interest in the property up to fifty-thousand ($50,000.00) dollars be assigned and forfeited in accordance with the Agreement to Forfeit and Assign.  Richard Collado hereby expressly waives appeal from such assignment and forfeiture if a violation is properly found, and if the forfeiture is not set aside or remitted.

B.    This Agreement and the Agreement to Forfeit and Assign shall terminate upon the earlier of (1) the final disposition of the criminal case presently numbered 03-10404-NG or (2) written notice filed by the United States of America with the Escrow Agent that the defendant's Agreement to Forfeit and Assign has been satisfied and the personal bond discharged.  Upon termination of this agreement, the Escrow Agent shall deliver the Agreement to Forfeit and Assign to Mr. Collado.

4.    The Agreement to Forfeit and Assign described in paragraph 1 can be recorded by the U.S. government and certificate of the same shall be provided to Mr. Collado's attorney and Clerk of the United States District Court if such occurs.

5.    The validity and construction of this Agreement and Agreement to Forfeit and Assign shall be governed by the laws of the Commonwealth of Massachusetts.

6.    This Agreement and Agreement to Forfeit and Assign shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this agreement to be executed as of the date first written above.


By: _____
     Richard Collado
     Defendant

By: _____
        Clerk' Office
        United States District Court


By: _____
        United States Attorney's Office



COMMONWEALTH OF MASSACHUSETTS


SUFFOLK, SS.                    August _____ 2005

        Before me personally appeared Richard Collado and
acknowledged the foregoing to be his free act and deed.


                            _____
                            NOTARY PUBLIC
                            My Commission Expires:



# Francisco Rebollo López

## Abogado y Notario

### Núm. -131-



# ESCRITURA

## DE

- CESION DE DERECHOS Y ACCIONES -

## OTORGADA

POR - DOÑA PAULA ANGELICA DIAZ RIVERA, DOÑA MARIA TERESA DIAZ RIVERA Y

DOÑA MARINA DIAZ RIVERA, representadas por su apoderado don VENANCIO

HERNANDEZ PADRO.----------------------------------------------A FAVOR DE:

- DOÑA ELISA DIAZ RIVERA -

EN 24 DE DICIEMBRE DE 1966.

## FAJARDO, PUERTO RICO

B

NUMERO CIENTO TREINTA Y UNO------------

------------CESION DE DERECHOS Y ACCIONES------------

En Fajardo, Puerto Rico, a veinticuatro de diciembre

de mil novecientos sesenta y seis.------------

------------A N T E   M I------------

---FRANCISCO REBOLLO LOPEZ, Abogado y Notario Públi-

co de esta Isla, con residencia, vecindad y estudio-

abierto en Fajardo, Puerto Rico.------------

------------C O M P A R E C E N------------

DON VENANCIO HERNANDEZ PADRO, mayor de edad, casa-

do, empleado y vecino de Ceiba, Puerto Rico, quien-

comparece en su carácter de apoderado de doña Paula-

Angélica Díaz Rivera, quien es mayor de edad, casada

de oficios domésticos y vecina de la Ciudad de Nueva

York, Estado de Nueva York, Estados Unidos de Améri-

ca, según Poder otorgado en la ciudad de Nueva York,

Estado de Nueva York, Estados Unidos de América el-

día cinco de octubre de mil novecientos sesenta y---

seis ante la notario Glenda Peña, debidamente proto-

colizado por escritura número ciento veintinueve de

fecha catorce de diciembre de mil novecientos sesen-

ta y seis otorgada en Fajardo ante el propio fedata-

rio; comparece además como apoderado de doña María-

Teresa Díaz Rivera, quien es mayor de edad, casada,-

de oficios domésticos y vecina del Condado de Harris

Estado de Texas, Estados Unidos de América, según Po

der otorgado en el Condado de Harris, Estado de Te--

xas, Estados Unidos de América el día seis de octu--

bre de mil novecientos sesenta y seis ante el nota--

rio J. Y. Casas, debidamente protocolizado por escri

tura número ciento veintinueve de fecha catorce de--

diciembre de mil novecientos sesenta y seis otorgada

en Fajardo ante el propio fedatario, y comparece además como apoderado de disis Marina Díaz Rivera, quien es mayor de edad, casada, de oficios domésticos y vecina de la ciudad de Maracay, Estado de Aragua, Venezuela, según Poder otorgado en la ciudad de Caracas, Venezuela el día veinticuatro de octubre de mil novecientos sesenta y seis ante el Vice Consul digo Consul de los Estados Unidos de América en Venezuela, Paul Solomon, debidamente protocolizado por escritura número ciento veintinueve de fecha catorce de diciembre de mil novecientos sesenta y seis otorgada en Fajardo ante el propio fedatario, y cuyos Poderes asegura el compareciente no le han sido cancelados, revocados, alterados ni modificados en todo ni en parte y contienen cláusulas para este acto.---------

---DON CARMELO MOREIRA AYALA, mayor de edad, casado empleado y vecino de Fajardo, Puerto Rico, quien comparece como mandatario verbal de doña Elisa Díaz Rivera, quien es mayor de edad, casada con don John Collado López, de oficios domésticos y vecina de la ciudad de Nueva York, Estado de Nueva York, Estados Unidos de América.-----------------

---Me aseguran tener y tienen a mi juicio la capacidad legal necesaria para este otorgamiento y al efecto, de común acuerdo, libremente---------

--------------------E X P O N E N:

---PRIMERO:  Que doña Paula Angélica, doña María Teresa y doña Marina Díaz Rivera son dueñas en común proindiviso en unión a doña Elisa Díaz Rivera, de la siguiente finca:----------------

--"SOLAR radicado en el Barrio Quebrada Seca de Ceiba, Puerto Rico que mide noventa y cuatro pies por el Norte y colinda con el camino vecinal del barrio Quebrada Seca; noventa y cuatro pies por el Sur y

colinda con la Colonia Aurora antes, hoy Justo Rive-
ra; cuarenta y tres y medio pies por el Este y colin
da con la Carretera Insular que de Ceiba conduce a
Naguabo; y sesenta y nueve pies por el Oeste y colin
da con la Sucesión Meléndez, equivalentes a cuatro-
cientos noventa y dos metros cuadrados. Las casas
que enclavaban en dicho solar han sido totalmente
destruidas por estar en estado de ruina."————————
———SEGUNDO: Que dicha finca rústica, está libre de
carga o gravamen y la hubieron doña Paula Angélica,
doña María Teresa, doña Marina y doña Elisa Díaz Ri
vera por herencia de la que fué su señora madre doña
Domitila Rivera, y está inscrita en el Registro de
la Propiedad de Humacao por expediente de Dominio a
folio cuarenta y dos, del tomo treinta y dos de Cei
ba, finca número novecientos sesenta, inscripción
primera.——————————————————————————————————————————
———Y teniendo convenida la venta y cesión de todos
sus derechos, acciones, participaciones y condomini
doña Paula Angélica, doña María Teresa y doña María
Díaz Rivera a favor de doña Elisa Díaz Rivera, en la
finca antes descrita, la llevan a efecto con arreglo
a las siguientes——————————————————————————————————
——————————————————C L A U S U L A S——————————————————
———PRIMERA: Doña Paula Angélica, doña María Teresa
y doña Marina Díaz Rivera representadas en este act
por su apoderado don Venancio Hernández Padró, ven-
den, ceden y traspasan a favor de doña Elisa Díaz
Rivera y ésta compra representada en este acto por
su mandatario verbal don Carmelo Moreira Ayala, to-
dos sus derechos, acciones, participaciones y condo
minios en la finca rústica precedentemente reseñada
digo reseñada en el hecho primero de la parte expo
sitiva de esta escritura, con todos los derechos qu

le correspondían, obligándose las vendedoras a la evi

ción y saneamiento de los derechos, acciones, parti

cipaciones y condominios vendidos con arreglo a dere

cho.------------------------------------------------------

---SEGUNDA: La venta se realiza por el convenido y

ajustado precio de DOS MIL SEISCIENTOS VEINTICIN-

DOLARES ($2,625.00), o sea Ochocientos Setenta y Cin

co Dólares ($875.00) para cada una de las vendedoras

que declaran las vendedoras tienen recibidos de ma-

nos de la compradora antes de este acto a su entera

satisfacción y contento y por cuya cantidad le otor-

gan las vendedoras a la compradora la más solemne y

eficaz carta de pago.--------------------------------------

---TERCERA: Los comparecientes en la representación

que ostentan aceptan esta escritura en la forma en-

que viene redactada. Y yo, el notario, hice las ad-

vertencias de Ley.----------------------------------------

---Así otorgan los comparecientes ante mí, el notario

luego de haber renunciado al digo el derecho que les

hice saber tenían para requerir la presencia de tes-

tigos instrumentales.-------------------------------------

---Leída por mí, el notario, esta escritura a los--

otorgantes, los que rehusaron hacerlo por sí, dere-

cho el cual les instruí, la aprueban y la firman to-

dos ante mí, el notario en un solo acto, firmando

los otorgantes sus iniciales al margen de cada una

de los folios.-------------------------------------------

---Y de conocer a los otorgantes, de constarme por-

sus dichos, su mayoridad, estado, profesión y vecin-

dad; de haberse llevado a cabo este instrumento pú-

blico en un solo acto, así como de todo lo demás a-

qui referido, yo el notario autorizante, CERTIFICO Y.

DOY FE.-------------------------------------------------

---FIRMADOS: Venancio Hernández Padró. Carmelo Gó

-5-



reira Ayala.--------------------------------

---FIRMADO, SIGNADO, SELLADO Y RUBRICADO: FRANCISCO

REBOLLO LOPEZ.---------------- --------------

---Hay los correspondientes sellos de Rentas Inter-

nas y el sello notarial debidamente cancelados en

tinta y una impresión del sello de esta notaría.--

ES PRIMERA COPIA conforme con el original de su
contenido obrante en mi protocolo corriente de
instrumentos públicos a que me remito y a peti-
ción de doña Elisa Díaz Rivera la expido en Fa-
jardo, Puerto Rico el mismo día, mes y año de
su otorgamiento.------------------DOY FE.--

50¢
A573013

A573013
50¢



09/12/05

To whom it may Concern,
    i Sonia Colrado to the best of my
knowledge Pains and Penilty of Pergry
the Value of this house is about the
Sum of $100,000 dollars and richard Collado
and i are planing to run the bussiness

                    thsnk you

                    Sonia Collado

C





**EDWIN MONTAÑEZ FELICIANO**
Abogado Notario
Ave. Lauro Piñero #275
Celba, Puerto Rico 00735
Tel. 787-885-2434

August 11, 2005

TO WHOM IT MAY CONCERN

By this document I certify that the following property described in the Spanish language belongs to Mr. Richard Collado and Mr. Johnny Collado:

SOLAR radicado en el Barrio Quebrada Seca de Ceiba, Puerto Rico que mide noventa y cuatro pies por el NORTE y colinda con el camino vicinal del Barrio Quebrada Seca; Noventa y cuatro pies por el SUR y colinda con la Colina Aurora antes, hoy Justo Rivera; cuarenta y tres y medio pies por el ESTE y colinda con la Carretera insular que de Ceiba conduce a Naguabo; y sesenta y nueve pies por el OESTE y colinda con la Sucesión Meléndez, equivalentes a cuatrocientos noventa y dos metros cuadrados.

Enclava en dicho solar una estructura de hormigon de dos (2) plantas.

INSCRITA al folio cuarenta y tres (43) del tomo treinta y dos (32) de Ceiba, finca novecientos sesenta (960) inscripción 2da. Libre de cargas.

They acquired the property by in heritage of their mother Elisa Díaz, and has no Mortgage.

Respectufully,

Lcdo. Edwin Montañez Feliciano

EMF/lrc





UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
     v.                           )     Crim. No. 03-10404-NG
                                  )
RICHARD COLLADO                   )


### AGREEMENT TO ASSIGN AND FORFEIT PROPERTY

I, Richard Collado, the undersigned, acknowledge pursuant to
18 U.S.C. §3142(c)(2)(K), in consideration of my release, that I
and my personal representatives jointly and severally agree to
assign and forfeit up to $50,000.00 of my interest to the United
States of America in the following property (hereinafter referred
to as the "property"):

     Barrio Seca
     Cl-15 6211
     Ceiba Puerto Rico

and there has been posted with the Court the following indicia of
his ownership of the property:

     Deed Or Title Run
     Certificate of Title

I further declare under penalties of perjury that I have to
the best of my knowledge inherited an equal interest in this
property described above.  I further declare under pains and
penalties of perjury that the property described above, to the
best of my knowledge, is not subject to any lien, encumbrance,
mortgage or claim of right or ownership except by my brother

Johnny Collado.

I further declare under pains and penalties of perjury that I will not alienate, further encumber, or otherwise willfully impair the value of my interest in the property.

The conditions of this agreement are that I, Richard Collado, will appear before this Court as ordered and will fully comply with each and every condition of release as set forth in the Order of Release signed by the court and appended to this agreement.  I, Richard Collado, who is executing this Agreement, hereby states that I have reviewed and understand the contents of each paragraph of the appended Order, that I fully understand that any violation of any condition of said Order would result, upon a judicial finding of such violation, in the Court's having the power to forfeit and assign my interest in this property up to fifty-thousand ($50,000.00) dollars that has been pledged as collateral for my release.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned is exonerated or bail is ordered returned by the Court.

If I appear as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if I fail to obey or perform any of these conditions, my interest in the property described in this agreement shall immediately be assigned and forfeited to the

United States.    Assignment and forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach, and if the property is assigned and forfeited and if the assignment and forfeiture are not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on August _____, 2005, at Boston Massachusetts.


_____
Richard Collado, Defendant



COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                    August____, 2005

Before me personally appeared Richard Collado and acknowledged the foregoing instrument to be his free act and deed.

                         _____
                         NOTARY PUBLIC
                         My Commission Expires:


Approved: _____
            Judicial Officer