August 23, 2005

Rachel Hershfang
One Courthouse Way
Boston, MA 02210

Re:    <u>United States v. Richard Collado</u>

Dear Ms. Hershfang:

I want to request the following discovery in addition to that already provided by your office:

1. The addresses or locations of each cooperating witness ("CW") and the name of their lawyer if known to the government.

2. A list of all bad acts that the government intends to introduce at trial against Mr. Collado.

3. A list of all bad acts that the government intends to introduce against any of the co-defendants. This is necessary for defendant to determine if a motion to sever is required.

4. A list of all bad acts and/or conduct that "might" qualify as admissible pursuant to Rule 608(b) of the Federal Rules of Criminal Procedure for the government's witnesses.

5. A summary of any expert opinion (forensic, law enforcement, etc.) that the government intends to offer at trial.

6. A list of all facilities that any CW has been incarcerated in since his or her arrest. This information is necessary for defendant to properly investigate the CW's backgrounds, potential statements to third parties and conduct in these facilities.

7. The criminal records of all CW's.

8. Evidence of any financial crimes that the CW's have committed that has not been charged by the government. For example, any seizures of property or money, any monetary transactions using criminal proceeds, etc.

9. Although you previously informed me that none of the taped recordings in the government's possession relate to Mr. Collado directly (i.e., he was not recorded) and that none of the speakers refer to Mr. Collado, I need the following information relative to these tapes:

   A. Copies of all transcripts or partial transcripts in the government's possession that reveal whether a CW materially contradicted (even a marginally material contradiction) himself, another CW or a co-conspirator during an earlier or later recorded statement or oral statement.

   B. If the government does not have any transcripts, then please identify the tape and the foot (or feet) sequence that would identify said statement relevant to request A above.

   C. The portions of the tape or transcripts that the government intends to offer in its case in chief. This is needed so that defendant can file appropriate motions in limine prior to trial.

  10. A list of all bad acts and/or conduct that "might" qualify as admissible pursuant to Rule 608(b) of the Federal Rules of Criminal Procedure for any codefendants if the government intends to admit their statements pursuant to the coconspirator exception to the hearsay rule.

 If you have any questions, do not hesitate to call me.

       Sincerely

       /S/ James Budreau
       James Budreau