```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                               )
                               )
      v.                       )      No. 03-10404-NG
                               )
4. RICHARD COLLADO,            )
                               )
                               )
          Defendants.          )
```

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY**

The United States of America, by and through counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, hereby responds to the motion filed by defendant Richard Collado ("Collado") seeking additional, or accelerated, discovery. The parties have conferred regarding Collado's requests, and have reached agreement with respect to each. The parties' agreements are set forth below (references to numbers and letters refer to the numbering in Collado's motion).

    **1.A. Defendant's 404(b) Bad Acts.**

The parties have agreed that, to the extent these have not already been disclosed, they will be disclosed to Collado as they become known to the prosecution, but in any event by 21 days before trial.

    **1.B. Codefendants' 404(b) Bad Acts.**

The parties have agreed that, to the extent these are known to the government, they are either embodied in other defendants' criminal records, which Collado will seek authorization to receive, or they are contained in discovery that has already been provided.

To the extent these have not already been disclosed, they will be disclosed to Collado as they become known to the prosecution, but in any event by 21 days before trial.

2.  **List of Facilities Where Cooperating Witnesses Were Incarcerated Pre-Trial**.

The undersigned is not aware of the locations where the cooperating witnesses were held before they were taken into federal (BOP) custody.  The arresting officer for the local cooperating witness has been asked where that person was held; upon response, the undersigned will pass along that information.  Other cooperating witnesses were arrested out of state.  Collado has agreed to withdraw this request with respect to those witnesses.

3.  **A List of All Bad Acts And/or Conduct That "Might" Qualify As Admissible Pursuant to Rule 608(b) of the Federal Rules of Criminal Procedure for Any Co-Defendants (a) If the Government Intends to Admit Their Statements Pursuant to the Co-Conspirator Exception To the Hearsay Rule and (b) in Anticipation of a Co-Defendant Electing To Testify**.

The parties have agreed that the government will provide any responsive information by 21 days before trial.

4.  **Transcripts of Tapes Provided in Discovery**.

The defendant has agreed to withdraw his request for identification of tapes to be used at trial at least 60 days before trial, and for transcripts of such tapes 60 days before trial.  The parties have agreed to discuss the matter, including which recordings are to be used at trial, and to reach a resolution on a mutually-agreeable schedule for disclosure.

5.  **Co-Conspirator Statements**.

To the extent such statements have not already been produced,

in the form of recordings or reports, the parties have agreed that they will be provided to Collado promptly upon discovery by the government.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                        By:  /s/ Rachel E. Hershfang
                            RACHEL E. HERSHFANG
                            Assistant U.S. Attorney

Dated: November 8, 2005