UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 03-10404-NG |
| MICHAEL GRIFFIN, RONALD CAVALIERE, RICHARD COLLADO, and DAVID VENEY. | ) ) ) ) ) ) | |

**DEFENDANTS' ASSENTED-TO JOINT MOTION TO EXTEND
THE TIME TO FILE DISPOSITIVE MOTIONS**

Defendants Michael Griffin, Ronald Cavaliere, and Richard Collado respectfully request

a one-week extension of the deadline to file dispositive motions.  The current deadline for the

motions is Monday, January 9, 2006.   In support of their motion, defendants state as follows:

1.      Counsel for defendant Michael Griffin has a brief due at the Massachusetts

Appeals Court on Monday, January 9, 2006, and needs additional time to finalize defendant's

motion.

2.      Counsel for defendant Ronald Cavaliere will be empaneling a jury on Monday,

January 9, 2006, for an upcoming federal criminal trial.

3.      Counsel for defendant Richard Collado joins the motion to extend the

deadline to file dispositive motions.[1]

4.      Defendants have proposed Tuesday, January 17, 2006 as the deadline to file their

dispositive motions.

_____

[1] Counsel for defendant Griffin was unable to reach counsel for defendant David Veney
but does not believe he would oppose the motion.

5.      This request for a one-week extension is assented to by the Government.

6.      Defendants file this motion in good faith.  No party will suffer any prejudice from

the allowance of this motion.

Respectfully submitted,

/s/ *Max D. Stern*                                              /s/  *Mark W. Shea*

Max D. Stern                                                     Mark W. Shea
BBO No. 479560                                                   BBO No. 558319
Stern, Shapiro, Weissberg                                        Shea, LaRocque & Wood, LLP
  & Garin, LLP                                                   47 Third Street, Suite 201
90 Canal Street, Suite 500                                       Cambridge, MA 02141
Boston, MA 02114-2022                                            (617) 577-5722
(617) 742-5800

/s/ *James H. Budreau*

James H. Budreau
BBO No. 559931
Law Offices of James Budreau
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-2700

Dated: January 6, 2006

G:\SSWG\GRIFFIN, M\extend time mot 7 .wpd