UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Crim. No. 03-10404-NG |
| ) | |
| RICHARD COLLADO ) | |

**DEFENDANT'S ASSENTED TO
MOTION TO MODIFY CONDITIONS OF RELEASE**

Now Comes defendant, Richard Collado, who respectfully moves this Court to modify his conditions of release. Specifically, defendant seeks to (1) report to Pre-Trial Services (PTS)in Puerto Rico over the telephone once a week vis-a-vis a land line; (2) eliminate the drug testing requirement, and instead give PTS discretion to perform drug tests; and (3) permit PTS to require in person visits at their discretion. Otherwise, the conditions would remain the same.

Presently, Mr. Collado is required to report once a month in person to PTS. This has been a burden on Mr. Collado as he lives hours away from the PTS office that supervises him. As he does not own a car, travel has been difficult at the very least. He has been compliant with all terms of release and his PTS Officer has suggested these modifications. AUSA Rachel Hershfang has assented to these modifications.

Wherefore, defendant moves this Court to grant defendant's motion to modify his conditions of release as indicated above.

                    Submitted By
                    Richard Collado's Attorney

```
James Budreau /S/
James Budreau, Bar# 559931
20 Park Plaza Suite 905
Boston, MA 02116
(617)227-3700
```

AFFIDAVIT OF COUNSEL

I, James Budreau, do state that the following is true to the best of my knowledge:

1. I was appointed as counsel for Richard Collado in March of 2005.

2. The facts contained in the above motion are true and accurate to the best of my knowledge.

Signed under pains and penalties of perjury,


<u>James Budreau /S/</u>
JAMES BUDREAU