UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Crim. No. 03-10404-NG |
| ) | |
| RICHARD COLLADO   ) | |

**DEFENDANT'S CERTIFICATE OF ELECTRONIC SERVICE**

Now Comes defendant, Richard Collado, who respectfully files his certificate of service for Defendant's Assented to Motion to Modify Conditions of Release.

Submitted By
Richard Collado's Attorney


James Budreau /S/
James Budreau, Bar# 559931
20 Park Plaza Suite 905
Boston, MA 02116
(617)227-3700


I hereby certify that a copy of Defendants' Motion to Modify Conditions of Release and the instant certificate were sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 4th day of August 2006.

/s/ James Budreau
JAMES BUDREAU BBO# 553391
20 Park Plaza, Suite 905
Boston, MA 02116