UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Criminal No. 03-10404-NG |
| | ) |
| **MICHAEL GRIFFIN** | ) |
| et al. | ) |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to FCI Beaumont, Texas, for the purpose of securing **RODNEY JAMES MIRABAL** to testify in the trial before United States District Court Judge Nancy Gertner in the above-captioned case on December 4, 2006 at 9 a.m., and thereafter. In support of this petition, the government states that:

1. That **RODNEY JAMES MIRABAL no. 31690-013**, is presently confined at FCI Beaumont, and will be so confined on December 4, 2006.

2. That **RODNEY JAMES MIRABAL** has been called to be a witness in the trial in the above-captioned case.

3. That **RODNEY JAMES MIRABAL** is due to appear before United States District Court Judge for this purpose on December 4, 2006 at 9:00 a.m. and thereafter.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at FCI Seagoville, and to any other person having custody and control of **RODNEY JAMES MIRABAL** commanding them to produce **RODNEY JAMES MIRABAL** before United

States District Court Judge Nancy Gertner at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on December 4, 2006 at 9 a.m.

                                    Respectfully submitted,

                                    Michael J. Sullivan
                                    United States Attorney

                    By:

                                  <u>/s/ Rachel E. Hershfang</u>
                                  Rachel E. Hershfang
                                  Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES DISTRICT JUDGE

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HABEAS CORPUS AD TESTIFICANDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

WARDEN

FCI BEAUMONT MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
5830 KNAUTH ROAD
BEAUMONT, TX 77705

**YOU ARE COMMANDED** to have the body of **RODNEY JAMES MIRABAL,** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on December 4, 2006 at 9 a.m. for the purpose of testifying in United States v. Michael Griffin et al., no 03-10404-NG.

And you are to retain the body of said **RODNEY JAMES MIRABAL** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this __ day of _____, 2006.

_____
United States District Judge

                                                        TONY ANASTAS
                                                        By: _____
                                                        Deputy Clerk

Requested by AUSA Rachel E. Hershfang