```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
      v.                    )   Crim. No. 03-10404-NG
                            )
RICHARD COLLADO             )
```

**DEFENDANT'S MOTION FOR BILL OF PARTICULARS**

Now Comes defendant, Richard Collado, who respectfully files this opposition to the government's motion in limine to introduce pre-indictment evidence that Mr. Collado was involved with the co-conspirators in criminal conduct preceding January 2000. While the government states in its motion that this evidence is contained in the discovery already produced, defendant needs more information before he can lodge any viable objections. Consequently, defendant seeks a bill of particulars or summary of the evidence that the government seeks to introduce before making any further objection to said evidence.  See United States v. Germosen, 139 F.3d 120, 127 (2nd Cir. 1998)[(404(b) evidence is admissible for "any purpose except to show criminal propensity, unless the trial judge concludes that its probative value is substantially outweighed by its potential for unfair prejudice."] See United States v. Levy, 2006 WL 721515 (EDNY 2006)(uncharged conduct inadmissible despite involvement of conspirator as it did not establish basis of trust for conspiracy and was more prejudicial than probative)

Wherefore, defendant moves this Court to order the government to specify which pre-indictment evidence it will be

seeking to introduce, so defendant will both have notice and an ability to focus appropriate objections.

                                  Submitted By
                                  Richard Collado's Attorney


                                <u>James Budreau /S/</u>
                                James Budreau, Bar# 559931
                                20 Park Plaza Suite 905
                                Boston, MA 02116
                                (617)227-3700

       I hereby certify that I served a copy of Defendant's Witness List through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 22nd day of January 2007.

                                <u>/s/ James Budreau</u>