UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                      )   Crim. No. 03-10404-NG<br>)<br>RICHARD COLLADO           ) | |

**DEFENDANT'S MOTION IN LIMINE #1**

    Now Comes defendant, Richard Collado, who respectfully files this motion to preclude the government from introducing hearsay evidence from Rodney Mirabal that Frank Fister told him Mr. Collado had previously been distributing cocaine and/or marijuana on his behalf.  This hearsay evidence refers to historical sales by Mr. Collado that do not appear to be related to the instant conspiracy.  Even if the alleged sales were related, the statements by Fister to Mirabal were not made in furtherance of the conspiracy and do not fall into any recognized hearsay exception.  Therefore, this testimony should be excluded at trial.

    Wherefore, defendant moves this Court to grant his motion in limine for the foregoing reasons.

                            Submitted By

                            Richard Collado's Attorney




                        <u>James Budreau /S/</u>

       James Budreau, Bar# 559931
       20 Park Plaza Suite 905
       Boston, MA 02116
       (617)227-3700

   I hereby certify that I served a copy of Defendant's Witness List through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 22nd day of January 2007.

       /s/ James Budreau