UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Crim. No. 03-10404-NG |
| ) | |
| RICHARD COLLADO ) | |

**DEFENDANT'S MOTION TO JOIN DAVID VENEY'S MOTION TO SEVER**

Now Comes defendant, Richard Collado, who respectfully move to join David Veney's Motion to Sever. As grounds, defendant states that defendant Veney raises a legitimate concern about antagonistic defenses that could prejudice both defendants if they are tried together.

Wherefore, defendant moves this Court to grant his motion to join David Veney's Motion to Sever.

Submitted By

Richard Collado's Attorney


<u>James Budreau /S/</u>
James Budreau, Bar# 559931
20 Park Plaza Suite 905
Boston, MA 02116
(617)227-3700

I hereby certify that I served a copy of Defendant's Witness List through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 22nd day of January 2007.

<u>/s/ James Budreau</u>