```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
v. )  Crim. No. 03-10404-NG
)
RICHARD COLLADO )

**DEFENDANT'S WITNESS LIST**

Now Comes defendant, Richard Collado, who respectfully files this notice of intent to call the following witnesses at trial. Defendant reserves the right to amend, add or reduce this witness list depending upon the government's presentation of evidence at trial and as its theory of prosecution becomes clearer.

1. Sonia Rosa Espinoza Collado
   DOB 03-28-1955
   Ceiba, Puerto Rico

2. South Bay House of Correction
   Keeper of the Records
   Boston, MA

                             Submitted By
                             Richard Collado's Attorney


                             James Budreau /S/
                             James Budreau, Bar# 559931
                             20 Park Plaza Suite 905
                             Boston, MA 02116
                             (617)227-3700

     I hereby certify that I served a copy of Defendant's Witness List through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 23[nd] day of January 2007.

                        /s/ James Budreau