```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
     v.                     )    Crim. No. 03-10404-NG
                            )
RICHARD COLLADO             )
```

**DEFENDANT'S PRELIMINARY EXHIBIT LIST**

Now Comes defendant, Richard Collado, who respectfully provides the following list of exhibits that he intends to introduce at trial. Defendant reserves the right to amend, add or reduce this Exhibit List depending upon the government's presentation of evidence at trial and as its theory of prosecution becomes clearer.

300.    Nashua Street Jail
        Suffolk County Sheriff's Department
        Visitor Log Entries For Frank Fister
        Boston, MA

                    Submitted By
                    Richard Collado's Attorney


                    James Budreau /S/
                    James Budreau, Bar# 559931
                    20 Park Plaza Suite 905
                    Boston, MA 02116
                    (617)227-3700

I hereby certify that I served a copy of Defendant's Witness List through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 24nd day of January 2007.

                    /s/ James Budreau