```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
     v.                     )   Crim. No. 03-10404-NG
                            )
RICHARD COLLADO             )
```

**DEFENDANT'S WITNESS LIST #2**

Now Comes defendant, Richard Collado, who respectfully files this amended notice of intent to call the following witnesses at trial. Defendant reserves the right to amend, add or reduce this witness list depending upon the government's presentation of evidence at trial and as its theory of prosecution becomes clearer.

1.  Sonia Rosa Espinoza Collado
    DOB 03-28-1955
    Ceiba, Puerto Rico

2.  Nashua Street House of Corrections
    Suffolk County Sheriff's Department
    Keeper of the Records
    Boston, MA


                        Submitted By
                        Richard Collado's Attorney


                        James Budreau /S/
                        James Budreau, Bar# 559931
                        20 Park Plaza Suite 905
                        Boston, MA 02116
                        (617)227-3700


        I hereby certify that I served a copy of Defendant's Witness List through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be

sent to those indicated as non registered participants on the 24^{nd} day of January 2007.

/s/ James Budreau