IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 03-10404-NG |
| 1. MICHAEL GRIFFIN, | ) |
| 2. RONALD CAVALIERE, | ) |
| 3. WILLIAM DAVID VENEY, and | ) |
| 4. RICHARD COLLADO, | ) |
| Defendants. | ) |

### ***FIRST REVISED*** **EXHIBIT LIST OF THE UNITED STATES**

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang and Nathaniel R. Mendell, Assistant U.S. Attorneys, and hereby submits its exhibit list for the trial of this action. The government reserves its right to supplement or modify this list in light of the evidence that is admitted at the trial and with reasonable notice to the defendants.

1. Photograph: Cooperating Witness #1.
2. Photograph: Cooperating Witnesses #2 and #3.
3. Photograph: David Veney.
4. Photograph: Michael Griffin.
5. Photograph: Richard Collado.
6. 2000 Massachusetts Lawyer's Diary.
7. 2001 Massachusetts Lawyer's Diary.
8. 2002 Massachusetts Lawyer's Diary.

9.   Certified Federal Express records: customer information and shipments for D&F Trucking.

10.  Notepad.

11.  Datebook.

12.  Certified United Airlines employee travel records (Cooperating Witness #1 buddy pass).

12A. Certified United Airlines employee travel records (Cooperating Witness #1 buddy pass, his travel only).

13.  Certified Continental Airlines records.

14.  Certified Florida Department of Motor Vehicles record for truck registered to D&F Trucking.

15.  Certified National Car Rental records.

16.  Certified records from Holiday Inn Select, Houston, TX (Collado stay, April, 2002).

17.  Certified United Airlines travel records (Cooperating Witness #1, Richard Collado).

18.  Certified AirTran Airways records (Cooperating Witness #1).

19.  Certified Wainwright Bank records for D&F Trucking Mastercard.

20.  Certified Wainwright Bank records for Cooperating Witness #1.

21.  Certified American Express charge records: Michael Griffin.

22. Certified records: Holiday Inn, Center Plaza (Cooperating Witness #2).
23. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
24. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
25. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
26. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
27. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
28. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
29. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
30. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
31. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
32. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.
33. Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03.

34. Cocaine assigned DEA Exhibit number 43.
35. Subscriber information: 321-243-2065.
36. Plea agreement (Cooperating Witness #1).
37. Cellular telephone responding to 508-472-1071.
38. Subscriber information: 508-472-1071 and 508-472-7407.
39. Subscriber information: 508-801-5801.
40. Subscriber information: 720-530-4432.
41. Subscriber information: 508-982-6801.
42. Subscriber information: 321-432-2001.
43. Subscriber information: 617-908-2882.
44. Summary of calls: 508-472-1071, 508-472-7407, 508-801-5801.
45. Summary of calls: 720-530-4332, 720-320-8713.
46. Summary of calls: 617-908-2882, 617-620-9955.
47. Summary of calls: 508-982-6801, 787-885-8512.
48. Summary of calls: 321-432-2001, 321-243-2065.
49. Chronological summary of calls: 508-472-1071, 508-472-7407, 508-801-5801, 720-530-4432, 720-320-8713, 508-982-6801, 321-432-2001, 617-908-2882, 617-620-9955, 787-885-8512, 321-243-2065.
50. Plea agreement (Cooperating Witness #3).
51. Map: Texas (Dallas to Corpus Christi).
52. Map: Texas (Robstown-Corpus Christi).
53. Map: Texas (Dallas area).

54. Plea agreement (Cooperating Witness #2).

55. Cellular telephone responding to 303-961-7586.

56. Cellular telephone responding to 303-961-1719.

57. Cellular telephone responding to 720-530-4432.

58. Large, black, hard plastic storage box.

59. Subscriber information: 787-885-8512.

60. Subscriber information: 720-320-8713.

61. Subscriber information:  617-620-9955.

62. Capital One credit card records (Cooperating Witness #1).

63. Page from Cooperating Witness #2's address book.

64. Page from Cooperating Witness #2's address book.

Pursuant to Local Rule 117.1(A)(8)(b), if the government subsequently forms an intent to introduce any other exhibits, the government shall promptly notify defense counsel of any additional exhibit.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney
By:
                                /s/ Rachel E. Hershfang
                                RACHEL E. HERSHFANG
                                NATHANIEL R. MENDELL
                                Assistant U.S. Attorneys

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                    /s/ Rachel E. Hershfang