USM 285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF MASS
2007 FEB -1 A 9: 35

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES | 03CR10404-NG |
| DEFENDANT | TYPE OF PROCESS |
| RICHARD COLLADO | CRIMINAL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KEEPER OF THE RECORDS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FCI ENGLEWOOD, 9595 WEST QUINCY AVENUE, LITTLETON CO 80123

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JAMES BUDREAU
20 PARK PLAZA SUITE 905
BOSTON, MA 02116

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

ATT: SUZANNE LAYBA

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: 617-227-8558
DATE: 01/17/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 13
Signature of Authorized USMS Deputy or Clerk: Nancy Talerman
Date: 1/17/07

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 1/24/07  Time: 1255 pm
Signature of U.S. Marshal or Deputy #3866

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | $13.06 / 29 36 | $ | 103.06 | | $0.00 103.06 |

REMARKS: Process forwarded to D/CO Mileage: 29.36 m × .445 = $13.06
1 USMS Deputy × 2 hours = $90.00  Total: 103.06

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RICHARD COLLADO

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 03cr10404-NG-4

TO: Keeper of The Records
FCI Englewood
9595 West Quincy Avenue
Littleton Colorado 80123
ATT: Warden or Suzanne Layba

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | 2, 3rd Floor |
| | DATE AND TIME<br>1/29/07  2:30PM |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Addendum "A" Attached

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SARAH A. THORNTON | DATE |
|---|---|
| (By) Deputy Clerk<br>*[signature]* | January 11, 2007 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER<br>See Addendum "A"<br>James Budreau<br>617-227-8558 | |

## ADDENDUM "A"

1. Any and all nonprivileged recordings of telephone calls or transmissions by Ruben Mirabel, Register # 31689-013, during his period of incarceration from 2002 to the present that are in the possession or control of this facility.

   Please be advised that AUSA Rachel Hershfang is prosecuting the above case and can be contacted at 617-748-3100. Counsel for defendant is James Budreau and can be reached at 617-227-8558.