USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|
| PLAINTIFF<br>UNITED STATES | COURT CASE NUMBER<br>03CR10404-NG |
| DEFENDANT<br>RICHARD COLLADO | TYPE OF PROCESS<br>CRIMINAL |

FILED
CLERKS OFFICE

2007 FEB 14 A 11:02

US DISTRICT COURT
DISTRICT OF MASS

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>KEEPER OF THE RECORDS<br>ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>FCI SEAGOVILLE, 2113 NORTH HIGHWAY 175, SEAGOVILLE, TX 75159 |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JAMES BUDREAU<br>20 PARK PLAZA SUITE 905<br>BOSTON, MA 02116 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

ATT: SUZANNE LAYBA

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>617-227-8558 | DATE<br>1/17/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/17/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Marne Boyle, Associate Warden | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 1/19/07  Time 1:00 ☐ am ☒ pm<br>Signature of U.S. Marshal or Deputy<br>SDUSM |

| Service Fee | Total Mileage Charges<br>*including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or *(Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Process forward to ND/TX at Associate Warden accepted service via fax

| DISTRIBUTION: 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RICHARD COLLADO

SUBPOENA IN A
CRIMINAL CASE

Case Number: 03cr10404-NG-4

TO: Keeper of the Records
FCI Seagoville
2113 North Highway 175
Seagoville, TX 75159

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | 2, 3rd Floor |
| | DATE AND TIME<br>1/29/07 2:30pm |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Addendum "A" Attached



U.S. MAGISTRATE JUDGE OR CLERK OF COURT

SARAH A. THORNTON
(By) Deputy Clerk

DATE
January 11, 2007

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

See Addendum "A"

JAMES BUDREAU
617-227-8558

ADDENDUM "A"

1. Any and all nonprivileged recordings of telephone calls or transmissions by Ruben Mirabel, Register # 31689-013, during his period of incarceration from 2002 to the present that are in the possession or control of this facility.

Please be advised that AUSA Rachel Hershfang is prosecuting the above case and can be contacted at 617-748-3100. Counsel for defendant is James Budreau and can be reached at 617-227-8558.