| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for Service of Process by U.S. Marshal* |
|---|---|

| PLAINTIFF<br>UNITED STATES | COURT CASE NUMBER<br>03CR10404-NG |
|---|---|
| DEFENDANT<br>RICHARD COLLADO | TYPE OF PROCESS<br>CRIMINAL |

2007 FEB 16 A 8:31
U.S. DISTRICT COURT

SERVE AT:
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: KEEPER OF THE RECORDS
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): FCI FORT DIX, 5756 HARTFORD AND POINTVILLE ROAD, FORT DIX, NJ 08640

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JAMES BUDREAU
20 PARK PLAZA SUITE 905
BOSTON, MA 02116

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

C/O WARDEN

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-227-8558
DATE: 1/17/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk | Date 1/17/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Nicole Ahmed, Attorney Advisor   609-723-1100 x388

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 1/29/07   Time: 11:45 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| | 60 | | | | $0.00 |

REMARKS: Process forwarded to D/New Jersey ↑
60 miles

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

CR-03-10404-2

✱AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RICHARD COLLADO

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 03cr10404-NG-4

TO: Keeper of the Records
FCI Fort Dix
5756 Hartford & Pointville Road
Fort Dix NJ 08640

c/o Warden

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | 2, 3rd Floor |
| | DATE AND TIME |
| | 1/29/07 2:30pm |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Addendum "A"

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SARAH A. THORNTON<br>(By) Deputy Clerk | January 11, 2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

AUSA Rachel Hershfang
617-748-3100

James Budreau
Defendant
617-227-8558

Fax from :    02/15/07    10:33    Pg:    2

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 1/29/07 | PLACE USMS Trenton |
| SERVED | DATE 1/29/07 | PLACE FCI FT DIX |
| SERVED ON (PRINT NAME) Nicole Ahmed | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME) Michael Rotolo | | TITLE CI DUSM |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  1/29/07
DATE

SIGNATURE OF SERVER

402 East State St.
ADDRESS OF SERVER
Trenton, NJ 08608

ADDITIONAL INFORMATION