IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
                              )
                              )
      v.                      )
                              )   No. 03-10404-NG
1. MICHAEL GRIFFIN,           )
3. WILLIAM DAVID VENEY, and   )
4. RICHARD COLLADO,           )
                              )
         Defendants.          )
```

**<u>GOVERNMENT'S MOTION TO RESCHEDULE TRIAL</u>**

The United States, by and through its counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, and Nathaniel R. Mendell, Assistant United States Attorneys, hereby respectfully requests that a retrial be scheduled promptly in the the above-captioned matter, pursuant to Title 18, United States Code, Section 3161(e).

In furtherance of this motion, the government states as follows:

1.   On March 5, 2007, following a five-week jury trial, the Court declared a mistrial in the case.

2.   The government indicated, at that time, its intention to re-try the case, and asked that a new trial date be set promptly, with as short as possible a delay before the new trial.

3.   As the Court is aware, the government's witnesses include people housed within the Bureau of Prisons system, none

of whom is housed near Boston. Those witnesses are currently in Boston as a result of the first trial in the case. Returning them to their districts of residence, and then bringing them back to Boston, would be an expensive and time-consuming process. In the recent experience of the undersigned, it can take up to eight weeks for prisoners to leave this district following testimony. The travel to and from the other districts may also take weeks. In addition, the frequent travel raises questions within the prison system and may cause danger to the prisoner.

    4.   The estimation of the undersigned is that the evidence could be concluded within four trial weeks, assuming 4-5 days of trial per week, and two to three full days (morning and afternoon sessions) in the course of the trial.

    5.   Due to a long-planned, international, multi-generational family vacation, the undersigned will be unavailable May 29 through June 15. Government counsel is otherwise prepared to try the case at the soonest opportunity.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Rachel E. Hershfang
                              Rachel E. Hershfang
                              Nathaniel R. Mendell
                              Assistant U.S. Attorneys
                              (617) 748-3249/-3304
```

March 13, 2007

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                      <u>/s/ Rachel E. Hershfang</u>
                                      Rachel E. Hershfang