IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.    )<br>) No. 03-10404-NG<br>1. MICHAEL GRIFFIN,   )<br>3. WILLIAM DAVID VENEY, and )<br>4. RICHARD COLLADO,   )<br>)<br>  Defendants.  ) | |

**GOVERNMENT'S MOTION TO RE-RESCHEDULE TRIAL**

The United States, by and through its counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, and Nathaniel R. Mendell, Assistant United States Attorneys, hereby respectfully requests that the retrial in this matter, currently scheduled for September 24, 2007, be continued for approximately six weeks, to November 5, 2007 (or, if that is not possible, to October 29, 2007).

In support of this motion, the government states as follows:

1. Following a mistrial, the government moved for a speedy trial [docket no. 220]. The Court set trial for September 24, 2007 [electronic notice dated 3/14/07].

2. The trial is expected to last approximately four full trial weeks.

3. The current trial date, September 24, conflicts with a non-negotiable event on the calendar of one of the two

undersigned government attorneys, namely, a wedding.  His own.

Accordingly, so as to allow time for the nuptials to proceed as scheduled, and be followed by a honeymoon free of trial preparation, the government respectfully requests a six-week continuance of the trial in the above-captioned matter.

>Respectfully submitted,
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:  /s/ Rachel E. Hershfang
>     Rachel E. Hershfang
>     Nathaniel R. Mendell
>     Assistant U.S. Attorneys
>     (617) 748-3249/-3304

March 22, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

>/s/ Rachel E. Hershfang
>Rachel E. Hershfang