USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES | 03CR10404-NG |
| DEFENDANT | TYPE OF PROCESS |
| RICHARD COLLADO | CRIMINAL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KEEPER OF THE RECORDS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FCI BEAUMONT, 5890 KNAUTH ROAD, BEAUMONT, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JAMES BUDREAU
20 PARK PLAZA SUITE 905
BOSTON, MA 02116

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

C/O WARDEN FOX

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 617-227-8558
DATE: 1/17/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 38
District to Serve No.: 78
Signature of Authorized USMS Deputy or Clerk: Nadey Talavera
Date: 1/17/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 1/26/07
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Preston Browning

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Process forwarded to ED/TX NT

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

02/07/2007 15:54 FAX 4098392585    USMS-BEAUMONT                                      ☐001

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RICHARD COLLADO

SUBPOENA IN A
CRIMINAL CASE

Case Number: 03cr10404-NG-4

TO: Keeper of the Records
FCI Beaumont
5890 Knauth Road
Beaumont TX
C/O Warden Fox

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | 2, 3rd Floor |
| | DATE AND TIME |
| | 1/29/07  2:30 pm |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Addendum "A" Attached

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

SARAH A. THORNTON
(By) Deputy Clerk
_Jennifer Filo_

January 11, 2007

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

See Addendum "A"

James Budreau
617 227-8558

Fax from : 4098392585                                     02/07/07  16:51  Pg: 1

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 01/25/07 | PLACE BEAUMONT, TX |
| SERVED | DATE 01/26/07 | PLACE BEAUMONT, TX |
| SERVED ON (PRINT NAME) N. GLASS / SPECIAL INVESTIGATIONS USP MEDIUM, BEAUMONT | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☒ NO  AMOUNT $ |
| SERVED BY (PRINT NAME) PRESTON BROWNING | | TITLE DEPUTY US MARSHAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  01/26/07
DATE

SIGNATURE OF SERVER  Preston W. Browning

ADDRESS OF SERVER  300 WILLOW ST STE. 116
BEAUMONT, TX 77701

ADDITIONAL INFORMATION