UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>     v.  )<br>    )<br>RICHARD COLLADO )   | Crim. No. 03-10404-NG |

**MOTION FOR INTERIM BILLING OF INVESTIGATOR SERVICES**

Now Comes defendant, Richard Collado, who respectfully moves this Court, to grant his investigator, Scott Keller, leave to file an interim bill in the above matter. As grounds, defendant states that:

1. Mr. Collado's first trial ended in March 2007 after a mistrial was declared by the Court.

2. Mr. Keller has been working with the defense since November 2005 and has not received payment to date. It is expected that Mr. Keller will provide additional services as the next trial date, which is set for November 2007, approaches.

3. Mr. Keller's bill is for $2040.50 and is less than half of the amount granted by the Court.

Wherefore, defendant moves this Court to grant the above motion permitting Mr. Keller to bill on an interim basis for his investigator services rendered to date.

                              Submitted By
                              Richard Collado's Attorney

                              /S/ JAMES BUDREAU
                              James Budreau, Bar# 559931
                              20 Park Plaza Suite 905
                              Boston, MA 02116
                              (617)227-3700

AFFIDAVIT OF JAMES BUDREAU

I, James Budreau, do depose and state that the following is true and accurate to the best of my knowledge and recollection:

1. I am representing Richard Collado in this matter and have been appointed through the CJA.

2. Mr. Keller is my investigator and has provided the services that he will be seeking payment on his interim bill.

3. The facts that are contained in my motion are true to the best of my knowledge and recollection.

Signed under pains and penalties of perjury,

/S/ JAMES BUDREAU
JAMES BUDREAU