IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
                                )
        v.                      )
                                )   No. 03-10404-NG
1. MICHAEL GRIFFIN,             )
3. WILLIAM DAVID VENEY, and     )
4. RICHARD COLLADO,             )
                                )
        Defendants.             )

**JOINT MOTION TO CONTINUE TRIAL AND FOR EXCLUDABLE
DELAY FROM OCTOBER 6, 2008, TO NOVEMBER 3, 2008**

The parties in this action, by their undersigned counsel, hereby respectfully ask that the Court continue the trial in this matter to November 3, 2008, and exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. §3161(b)) the period beginning on October 6, 2008 and continuing through November 3, 2008.  In support, the parties say as follows:

1.    The trial will proceed most efficiently for the Court, the defendants, and the jury if it is presented without significant interruption.

2.    The calendars of the parties and the Court will allow the trial to proceed without significant interruption if the trial begins on November 3, 2008, but not if it begins on October 6, 2008, as presently scheduled.

3.    The defendants will not be prejudiced by the resulting delay.

Accordingly, the parties respectfully request that the Court continue the trial of the captioned matter to November 3, 2008, and exclude the time from October 6, 2008, through November 2, 2008.


Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | MICHAEL GRIFFIN<br>Defendant |
| By:/s/ Nathaniel R. Mendell<br>NATHANIEL R. MENDELL<br>WILLIAM J. TRACH<br>Assistant U.S. Attorney<br>United States Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3304 | By: /s/ Stephen J. Weymouth<br>STEPHEN J. WEYMOUTH, ESQ.<br>65A Atlantic Avenue<br>Boston, MA 02110<br>(617) 573-9598<br><br>DAVID VENEY<br>Defendant<br>By: /s/ Steven A. Sussman<br>STEVEN A. SUSSMAN, ESQ.<br>6 Beacon St., Suite 400<br>Boston, MA 02108<br>(617) 973-4800<br><br>RICHARD COLLADO<br>Defendant<br>By: /s/ James H. Budreau<br>JAMES H. BUDREAU, ESQ.<br>20 Park Plaza, Suite 1405<br>Boston, MA 02116<br>(617) 227-3700 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Nathaniel R. Mendell
NATHANIEL R. MENDELL
Assistant United States Attorney

Date: September 5, 2008

2

3